COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:    01-19-00253-CV

Trial Court Cause
Number:    2018-59464

Style:    Infinity Systems, Inc.

v.  Gray Mechanical Contractors, LLC

Date motion filed*:    December 14, 2020

Type of motion:    Motion to Withdraw

Party filing motion:    David F. Johnson and Stephen W. Schueler

Document to be filed:    N/A

Is appeal accelerated?  ☐ YES    ☒ NO

Ordered that motion is:

☒    Granted

Judge's signature: /s/ Sarah Beth Landau
              ☒ Acting individually    ☐ Acting for the Court

Panel consists of Justices Keyes, Kelly, and Landau

Date:  December 22, 2020